**JS-6**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION**

| | |
|---|---|
| DENNIS CLAUSEN,<br><br>          Plaintiff,<br><br>     v.<br><br>ANDREW M. SAUL, Commissioner of the Social Security Administration,<br><br>          Defendant. | CASE NO. SACV 19-02061-AS<br><br><br><br>**JUDGMENT** |

   IT IS ADJUDGED that this action is DISMISSED with prejudice.


   DATED:  August 5, 2020


                                           /s/                
                                    ALKA SAGAR
                                    UNITED STATES MAGISTRATE JUDGE